**01–1048.  State v. Martello.**
Ashtabula App. No. 2000–A–0026.
  DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1050.  Snyder v. Lindsay.**
Cuyahoga App. No. 78121.
  MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1084.  Miller v. Ohio Dept. of Transp.**
Erie App. No. E–99–082.
  COOK and LUNDBERG STRATTON, JJ., dissent.
  RESNICK, J., not participating.